IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.

ANNITA HAWES,
a/k/a "KME"

INDICTMENT

3:11CR6/RV

THE GRAND JURY CHARGES:

## COUNT ONE

### A. INTRODUCTION

1. U.S. Bank N.A., which is part of U.S. Bancorp, was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation.

2. "KME," with a date of birth of October 1, 1970, and a social security number 615-94-XXXX, was an alias used by defendant **ANNITA HAWES**.

3. The residence 29 Basswood Drive, Santa Rosa Beach, Florida, was located in the Northern District of Florida.

4. On or about August 6, 2003, defendant **ANNITA HAWES**, using the alias "KME," opened a checking account at Wells Fargo Bank under the business name of Westworld Entertain. The defendant listed herself as president of Westworld Entertain.

Returned in open court pursuant to Rule 6(f)

Date 1-19-2011

United States Magistrate Judge

## B. MANNER AND MEANS

It was part of the scheme to defraud that:

1. Defendant **ANNITA HAWES**, using the alias **"KME,"** entered into a contract to purchase the residence located at 29 Basswood Drive, Santa Rosa Beach, Florida. The contract price for the residence was $1,237,500.00.

2. Defendant **ANNITA HAWES**, using the alias **"KME,"** borrowed $990,000.00 on a first mortgage and $123,750.00 on a second mortgage line of credit from U.S. Bank N.A. to fund the 29 Basswood Drive purchase.

3. In the loan applications to fund the loans, defendant **ANNITA HAWES** used the alias **"KME."** The defendant also used a false and fraudulent date of birth and a false and fraudulent social security number on the loan applications.

4. According to the loan applications, defendant **ANNITA HAWES, a/k/a "KME,"** was going to use the 29 Basswood Drive property as a primary residence.

5. On or about August 21, 2008, A&K Group, Inc., d/b/a AKG Management, Inc., paid the settlement agent in the loan closing $132,606.92 for the down payment on the 29 Basswood Drive purchase. These funds were paid by wire transfer and were listed by the settlement agent as being paid by "KE."

6. Following closing on the purchase, $451,687.50 from the loan proceeds was paid as "consulting fees" to Lunar Concepts Corporation. These funds were paid by wire transfer on or about August 22, 2008.

7.     On or about August 25, 2008, Lunar Concepts Corporation wired $408,375.00 from the $451,687.50 in loan proceeds identified in paragraph 6 to an account of A&K Group, Inc., d/b/a AKG Management, Inc., at Union Bank of California.

8.     On or about August 27, 2008, A&K Group, Inc., d/b/a AKG Management, Inc., transferred $172,400.00 from the loan proceeds identified in paragraph 6 to a bank account under the name of Westworld Entertain at Wells Fargo Bank. These funds were subsequently used for the benefit of defendant **ANNITA HAWES, a/k/a "KME."**

### C. THE CHARGE

Between on or about January 1, 2008, through the date of the return of this Indictment, in the Northern District of Florida and elsewhere, the defendant,

**ANNITA HAWES,**
**a/k/a "KME,"**

did knowingly and willfully conspire, combine, confederate and agree with other persons to commit the following offenses against the United States:

1.     To knowingly and willfully execute and attempt to execute a scheme and artifice to defraud a federally insured financial institution, that is, U.S. Bank N.A., and to obtain moneys owned by and under the custody and control of such financial institution, by means of materially false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 1344;

2.     To knowingly and willfully, for the purpose of obtaining a loan from U.S. Bank N.A, and with intent to deceive, falsely represent and cause to be represented that

number 615-94-XXXX was the social security number assigned to her by the Secretary of Health and Human Services of the United States, when in fact, as the defendant well knew, such number was not the social security number assigned by the Secretary to the defendant, in violation of Title 42, United States Code, Section 408(a)(7)(B); and

3. To knowingly use, without lawful authority, a means of identification of another person with the intent to commit an unlawful activity that constitutes a violation of Federal law, that is, bank fraud, in violation of Title 18, United States Code, Section 1344, in violation of Title 18, United States Code, Sections 1028(a)(7) and (b).

## D. OVERT ACTS

1. On or about August 20, 2008, defendant **ANNITA HAWES**, using the alias **"KME,"** submitted applications to U.S. Bank N.A. for loans in the amount of $990,000.00 and $123,750.00 to fund the purchase of the property located at 29 Basswood Drive, Santa Rosa Beach, Florida.

2. In the loan applications, defendant **ANNITA HAWES**, using the alias **"KME,"** falsely stated that she was employed at A&K Group, Inc., d/b/a AKG Management, Inc., as a regional director with a monthly income of $32,205.00.

3. In the loan applications, defendant **ANNITA HAWES**, using the alias **"KME,"** falsely stated that her social security number was 615-94-XXXX, and that her date of birth was October 1, 1970.

4. In the loan applications, defendant **ANNITA HAWES**, using the alias **"KME,"** falsely stated that she had $104,346.44 in a checking account at Wells Fargo Bank,

in account number 090-177XXXX, and $194,684.00 in a checking account at Washington Mutual, in account number 4900XXXX.

5. On or about August 20, 2008, as part of the loan application process, defendant **ANNITA HAWES**, using the alias **"KME,"** provided copies of false and fraudulent monthly account statements for the checking accounts identified in paragraph 4 to substantiate the defendant's claims that she had funds on deposit as reflected in the loan application.

6. On or about August 20, 2008, as part of the loan application process, defendant **ANNITA HAWES**, using the alias **"KME,"** provided false and fraudulent earnings statements from A&K Management, Inc., d/b/a AKG Management, Inc., for the periods ending June 15, 2008 and June 30, 2008. In the earnings statements, **HAWES** stated she had gross pay of $16,102.60 per pay period.

7. On or about August 20, 2008, as part of the loan application process, defendant **ANNITA HAWES**, using the alias **"KME,"** provided false and fraudulent W-2 statements from A&K Management, Inc., d/b/a AKG Management, Inc., for the years 2007 and 2008, which stated that **"KME"** had gross income of $367,137.00 and $350,815.84, respectively.

8. On or about August 20, 2008, as part of the loan application process, defendant **ANNITA HAWES**, using the alias **"KME,"** provided a false and fraudulent federal income tax return for the calendar year 2007, which reflected that the defendant had wages and salaries of $367,137.00.

9.   On or about August 20, 2008, as part of the loan application process for the purchase of 29 Basswood Drive, defendant **ANNITA HAWES**, using the alias **"KME,"** signed a mortgage with U.S. Bank N.A. in the amount of $990,000.00.

10.   On or about August 20, 2008, as part of the loan application process for the purchase of 29 Basswood Drive, defendant **ANNITA HAWES**, using the alias **"KME,"** signed a mortgage with U.S. Bank N.A. in the amount of $123,750.00.

11.   On or about August 20, 2008, defendant **ANNITA HAWES**, using the alias **"KME,"** purchased the property located at 29 Basswood Drive, Santa Rosa Beach, Florida, with the proceeds of loans extended by U.S. Bank N.A.

12.   On or about August 25, 2008, defendant **ANNITA HAWES**, using the alias **"KME,"** caused two mortgage documents to be filed with the Clerk of the Court in Walton County, Florida.

In violation of Title 18, United States Code, Sections 371 and 1349.

## COUNT TWO

The allegations contained in paragraphs A1 through A4, B1 through B8, and D1 through D12 are incorporated by reference as if fully set forth herein.

Between on or about January 1, 2008, through the date of the return of this Indictment, in the Northern District of Florida and elsewhere, the defendant,

**ANNITA HAWES,**
**a/k/a "KME,"**

did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud a federally insured financial institution, that is, U.S. Bank N.A., and to obtain moneys owned by and under the custody and control of such financial institution, by means of materially false and fraudulent pretenses, representations and promises.

In violation of Title 18, United States Code, Section 1344.

### COUNT THREE

The allegations contained in paragraphs A1 through A4, B1 through B8, and D1 through D11 are incorporated by reference as if fully set forth herein.

During August 2008, in the Northern District of Florida and elsewhere, the defendant,

### ANNITA HAWES,
### a/k/a "KME,"

during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, bank fraud, in violation of Title 18, United States Code, Section 1344, as charged in Count Two of this Indictment, did knowingly use, without lawful authority, a means of identification of another person, that is:

a. The defendant had previously obtained identification information, including the name and Social Security number, of the individual **"KME,"** who was a real person;

b. The defendant then knowingly and without lawful authority obtained bank loans for the purpose of funding the purchase of the residence located at 29 Basswood Drive, Santa Rosa Beach, Florida, using the name and Social Security number of **"KME."**

7

c.    The mortgages documenting the loans were signed by the defendant using the name **"KME"** and were filed with the Clerk of the Court for Walton County, Florida.

In violation of Title 18, United States Code, Section 1028A.

### CRIMINAL FORFEITURE

The allegations contained in Counts One, Two and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures to the United States pursuant to the provisions of Title 18, United States Code, Section 982(a)(1).

Upon the conviction of the violations alleged in Counts One, Two and Three of this Indictment, the defendant,

### ANNITA HAWES,
### a/k/a "KME,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real or personal, involved in the aforementioned offenses and all property traceable to such property as a result of such violations of Title 18, United States Code, Sections 371, 1349, 1344 and 1028A.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    A.    cannot be located upon the exercise of due diligence;

    B.    has been transferred or sold to, or deposited with, a third person;

    C.    has been placed beyond the jurisdiction of the Court;

    D.    has been substantially diminished in value; or

8

   E. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of said defendant up to the value of the above-described property.

   Pursuant to Title 18, United States Code, Section 982(a).

       A TRUE BILL:

       _____
       FOREPERSON

       ____1-19-11____
       DATE

_____
PAMELA C. MARSH
United States Attorney


_____
STEPHEN P. PREISSER
Assistant United States Attorney

9